Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL MAINOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCTCORP OF SOUTHERN NEVADA;<br>OCWEN LOAN SERVICING; and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>　　　　Defendants. | Case No. 2:16-cv-00183-RFB-PAL<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEFENDANT<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.'S TIME TO<br>RESPOND TO PLAINTIFF'S<br>COMPLAINT**<br><br>**(First Request)**<br><br>Complaint filed: January 29, 2016 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff, Carol Mainor ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline for Experian to answer or otherwise plead in response to Plaintiff's Complaint to **March 28, 2016**.

This is the first request for an extension by Experian, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 26th day of February 2016.

MAUPIN • NAYLOR • BRASTER

By: /s/ *Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 370
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518

*Attorneys for Plaintiff Carol Mainor*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT or MAGISTRATE JUDGE

Dated: February 26, 2016

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 2