WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
inam@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL F. MAINOR,<br><br>Plaintiff,<br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, OCWEN LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00183-RFB-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT OCWEN LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>**Complaint filed: January 29, 2016** |

Defendant OCWEN LOAN SERVICING, LLC (hereinafter "Defendant" or "Ocwen"), and Plaintiff CAROL F. MAINOR ("Plaintiff") by and through their respective counsel of record, stipulate and agree to extend the deadline for Ocwen to answer or otherwise plead in response to Plaintiff's Complaint to March 31, 2016.

This is the First request for an extension by Ocwen, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

1 | WRIGHT, FINLAY & ZAK, LLP

2 | /s/ Inku Nam                              _____

Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Defendant,*
*Ocwen Loan Servicing, LLC*


HAINES & KRIEGER, LLC

/s/ David H. Krieger                        _____

David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Attorney for Plaintiff,*
*Carol Mainor*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT or MAGISTRATE JUDGE

Dated: March 3, 2106