WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
inam@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL F. MAINOR, | Case No.: 2:16-cv-00183-RFB-PAL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT OCWEN LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ACCTCORP OF SOUTHERN NEVADA, OCWEN LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| | **(Second Request)** |
| Defendants. | **Complaint filed: January 29, 2016** |

Defendant OCWEN LOAN SERVICING, LLC (hereinafter "Defendant" or "Ocwen"), and Plaintiff CAROL F. MAINOR ("Plaintiff") by and through their respective counsel of record, stipulate and agree to extend the deadline for Ocwen to answer or otherwise plead in response to Plaintiff's Complaint to April 29, 2016.

This is the Second request for an extension by Ocwen, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

1  WRIGHT, FINLAY & ZAK, LLP

2  /s/ Inku Nam                              _____

3  Inku Nam, Esq.
Nevada Bar No. 12050

4  7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

5  *Attorney for Defendant,*
*Ocwen Loan Servicing, LLC*

6

7

8  HAINES & KRIEGER, LLC

9  /s/ David H. Krieger                      _____
David H. Krieger, Esq.

10  Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350

11  Henderson, NV 89123

12  *Attorney for Plaintiff,*
*Carol Mainor*

13

14  **ORDER**

15  IT IS SO ORDERED.

16

17  _____

18  UNITED STATES DISTRICT or MAGISTRATE JUDGE

19

20   Dated: April 6, 2016