1
2
3
4                    UNITED STATES DISTRICT COURT
5                          DISTRICT OF NEVADA
6                                 * * *
7    CAROL MAINOR,                          Case No. 2:16-cv-00183-RFB-PAL
8                              Plaintiff,
9         v.                                **ORDER**
10   ACCTCORP OF SOUTHERN NEVADA, et
     al.
11
                             Defendants.
12

13          Before the court is the Notice of Settlement (ECF No. 32) between Plaintiff and Defendant

14   Ocwen Loan Servicing.  The parties advise that a settlement has been reached.  They anticipate 60

15   days to complete settlement documents and to file a stipulation to dismiss.

16          Accordingly,

17          **IT IS ORDERED** that Plaintiff and Defendant Ocwen Loan Servicing shall have until

18   **December 27, 2016**, to file a stipulation to dismiss, or a joint status report advising when the

19   stipulation will be received.

20          Dated this 31st day of October, 2016.

21
22
23                                          PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28