Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL MAINOR,<br><br>          Plaintiff,<br><br>    v.<br><br>ACCTCORP OF SOUTHERN NEVADA;<br>OCWEN LOAN SERVICING; and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>          Defendants. | Case No. 2:16-cv-00183-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL OR, ALTERNATIVELY, AMENDED COMPLAINT, FOR PLAINTIFF'S REPLY BRIEF, AND FOR POST-DISCOVERY DEADLINES**<br><br>**[First Request for Briefing;<br>Second Request for Post-Discovery<br>Deadlines]** |

COMES NOW the parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.     On December 5, 2016, Plaintiff filed her Motion for Leave to File First Supplemental or, Alternatively, Amended Complaint ("Motion for Leave") (ECF No. 34), seeking to supplement or amend her complaint to allege several new claims, both on behalf of herself and on behalf of several classes of similarly situated individuals.

2.     In light of the extent of new claims and issues raised in Plaintiff's Motion for Leave as well as the holidays, Experian Information Solutions, Inc. ("Experian") shall have until January 18, 2017 to file a response to Plaintiff's Motion for Leave.

3.      Plaintiff shall also have a fourteen day extension to file a reply to the response to the Motion for Leave (ECF No. 34), which shall be due February 8, 2017, if Experian files its response on January 18, 2017.

4.      This is the parties' first request for an extension to the briefing schedule on Plaintiff's Motion for Leave (ECF No. 34).

5.      Further, in light of the potential ramifications of Plaintiff's Motion for Leave, as well as to preserve both the Court's resources and that of the parties with dispositive briefing, the deadline for filing dispositive motions shall be 30 days after the Court rules on the Motion for Leave (ECF No. 34) or further stipulation or order from the Court.  The deadline for filing a pretrial order shall be 30 days after the dispositive motion deadline.  This is the parties' second request for

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 3

1   an extension of the dispositive motion and pretrial order deadlines, and is only being requested to

2   avoid unnecessary briefing in light of the pending Motion for Leave (ECF No. 34).

3   Dated: December 13, 2016                          Dated: December 13, 2016

4   Respectfully submitted,                           Respectfully submitted,

5

6   /s/ Miles N. Clark                                /s/ Jennifer L. Braster
    Matthew I. Knepper, Esq.                          Jennifer L. Braster
7   Miles N. Clark, Esq.                              Maupin Naylor Braster
    KNEPPER & CLARK LLC                               1050 Indigo Dr., Suite 112
8   10040 W. Cheyenne Ave., Suite 170-109             Las Vegas, NV 89145
    Las Vegas, NV 89129                               Telephone: (702) 420-7000

9   David Krieger                                     Attorneys for Defendant
    Haines & Krieger, LLC                             Experian Information Solutions, Inc.
10  8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123                               Dated: December 13, 2016
11
                                                      Respectfully submitted,
12  Attorneys for Plaintiff
    Carol Mainor

13                                                    /s/ Inku Nam
14                                                    Edgar C. Smith, Esq.
                                                      Inku Nam, Esq.
15                                                    Wright, Finlay & Zak, LLP
                                                      7785 W. Sahara Ave., Suite 200
16                                                    Las Vegas, NV 89117

17                                                    Attorneys for Defendant
                                                      Ocwen Loan Servicing, LLC
18

19                                                    **ORDER**

    **IT IS SO ORDERED.**
20
    Dated: December 15, 2016
21                                                    HON. PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

3 of 3