David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CAROL MAINOR*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAROL MAINOR, <br><br> Plaintiff, <br><br> v. <br><br> ACCTCORP OF SOUTHERN NEVADA; OCWEN LOAN SERVICING; and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:16-cv-00183-RFB-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC ONLY** |

Plaintiff CAROL MAINOR and OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:			January 3, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/ Inku Nam, Esq. <br> Inku Nam, Esq. <br> Wright, Finlay & Zak, LLP <br> 7785 W. Sahara Avenue <br> Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Defendant OCWEN LOAN SERVICING, LLC* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of January, 2017.