David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL MAINOR,<br><br>　　　　　Plaintiff,<br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA;<br>OCWEN LOAN SERVICING; EXPERIAN<br>INFORMATION SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00183-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PAGE LIMIT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL OR, ALTERNATIVELY, AMENDED COMPLAINT**<br><br>**[First Request]** |

COMES NOW the parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On December 5, 2016, Plaintiff filed her Motion for Leave to File First Supplemental or, Alternatively, Amended Complaint ("Motion for Leave") (ECF No. 34), seeking to supplement or amend her complaint to allege several new claims, both on behalf of

1

herself and on behalf of several classes of similarly situated individuals.

2. On January 18, 2017, Defendant Experian Information Solutions, Inc. ("Experian") filed a response to Plaintiff's Motion for Leave. ECF Dkt. 41.

3. Plaintiff's Reply in Support is due February 8, 2017.

4. In light of the arguments raised in Experian's response, the parties have agreed to permit Plaintiff a limited, three-page enlargement of its Reply in Support, from 12 pages to 15 pages.

5. This is the parties' first request to enlarge the page limit, and it is not being made for purposes of delay.

Dated: February 7, 2017

Respectfully submitted,

/s/ Miles N. Clark
David Krieger
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff
Carol Mainor*

Dated: February 7, 2017

Respectfully submitted,

/s/ Jennifer L. Braster
Jennifer L. Braster
Maupin Naylor Braster
1050 Indigo Dr., Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000

*Attorneys for Defendant
Experian Information Solutions, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated: February 9, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

2