Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

Cheryl L. O'Connor (admitted *pro hac vice*)
CA Bar No. 173897
coconnor@jonesday.com
Brianne J. Kendall (admitted pro hac vice)
CA Bar No. 287669
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
(T) (949) 851-3939
(F) (949) 553-7539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL MAINOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-00183-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with |
| 2 | JONES DAY and no longer represents Defendant Experian Information Solutions, Inc. |
| 3 | ("Experian") in the above-captioned action. Therefore, it is no longer necessary that Andrew M. |
| 4 | Cummings receive CM/ECF notice. Cheryl L. O'Connor, Brianne J. Kendall, Jennifer L. Braster |
| 5 | and Andrew J. Sharples will remain counsel of record and should continue to receive notices |
| 6 | relating to this case. |

DATED this 8th day of March, 2018.

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March 8, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of JONES DAY and that on this 8th day of March, 2018, I caused the document **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served through the Court's CM/ECF system addressed to:

| | |
|---|---|
| Matthew I Knepper<br>Miles N. Clark<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129<br>7028256060<br>Fax: 7024478048<br>Email:<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | Allison R. Schmidt<br>Allison R Schmidt Esq. LLC<br>8465 W. Sahara Ave., Suite 111-504<br>Las Vegas, NV 89117<br>702-387-7222<br>Fax: 702-387-7222<br>Email: allisonschmidtesq@gmail.com<br>*Attorney for Plaintiff* |
| David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>Fax: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>*Attorney for Plaintiff* | |

/s/ *John M. Upton*
An Employee of JONES DAY