UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAROL MAINOR,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:16-cv-00183-RFB-PAL<br><br>**ORDER**<br><br>(Mot. to Seal/Redact – ECF No. 90) |

This matter is before the court on Plaintiff Carol Mainor's Motion to Seal and/or Redact Exhibits to Plaintiff's Motion to Compel and Redact Motion Itself (ECF No. 90). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. The court has considered the Motion and Defendant Experian Information Solutions, Inc.'s ("Experian") Response (ECF No. 93).

The Motion seeks leave to file under seal and/ or redact certain documents and exhibits referenced in the filings related to Plaintiff's Motion to Compel (ECF No. 88), which was filed on June 19, 2018, in redacted form. *See* Pl.'s Sealed Unredacted Docs. (ECF No. 89) (attaching Mot. to Compel (ECF No. 89-1), Miles Clark Decl., Ex. A (ECF No. 89-2), May 2018 Attorney Correspondence, Ex. A-10 (ECF No. 89-3), Cave Expert Report, Ex. D (ECF No. 89-4), Experian DR Log, Ex. F (ECF No. 89-5)). The parties' Stipulated Protective Order (ECF No. 80) governing confidentiality obligates Plaintiff to seek leave to file confidential documents under seal.

Plaintiff takes the position that the motion to compel and Exhibits A, A-10, or D do not meet the applicable legal standard for sealing judicial records. However, Plaintiff acknowledges that the DR Log attached at Exhibit F is an internal Experian document that contains a number of internal codes and has no objection to sealing that document.

1

In its Response (ECF No. 93), Experian requests that Exhibit F remains under seal. Experian asserts that public disclosure of the confidential information contained in the D/R Log compromises Experian's trade secrets, threatens Experian's credit reporting system, and risks the misuse of Experian's confidential information by competitors or criminals. Experian attaches the declaration of a Compliance and Litigation Analyst within its Regulatory Compliance department averring to the confidential nature of the D/R Log. *See* Mary Methvin Decl. (ECF No. 93-1). Experian therefore argues that good cause exists for its sealing request related to the D/R Log. Experian also asks that "the reference to the full Ocwen account number on page Exhibit D of the Expert Report of Ms. Cave shall remain filed under seal and/or redacted pursuant to LR IC 6-1." *Id*. at 2:25–26. Experian's Response does not address Exhibits A, A-10, or the unredacted motion to compel.

Having reviewed and considered the matter in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the court finds that Experian has met its burden of establishing good cause the D/R Log in Exhibit F to remain sealed. Additionally, with regard to the Cave Expert Report in Exhibit D, Experian narrowly tailored its sealing and redaction request to the extent possible by only requesting that the full Ocwen account number remain under seal. Currently there is no redacted version of the Cave Expert Report on the court's docket; thus, Experian will be directed to file a redacted version. No party offered particularized showing for sealing Exhibits A, A-10, or the unredacted motion to compel. A blanket protective order is not sufficient to permit the filing of these documents under seal.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Carol Mainor's Motion to Seal and/or Redact Exhibits to Motion to Compel and Redact Motion Itself (ECF No. 90) is **GRANTED IN PART AND DENIED IN PART**.

2. The unredacted Cave Expert Report, Ex. D (ECF No. 89-4) and Experian D/R Log, Ex. F (ECF No. 89-5) shall remain under seal.

3. The Clerk of the Court shall **UNSEAL** the Notice of Filing Unredacted Documents (ECF No. 89); Unredacted Motion to Compel (ECF No. 89-1), Unredacted Miles Clark Decl., Ex. A (ECF No. 89-2), and Unredacted May 2018 Attorney Correspondence, Ex. A-10 (ECF No. 89-3).

4. Pursuant to LR IC 6-1, Experian shall FILE a redacted version of the Cave Expert Report on the public docket on or before **July 26, 2018**, redacting any reference to the full Ocwen account number.

Dated this 19th day of July, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE